UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| M. K.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-08465-VKD<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br><br>Re: Dkt. Nos. 41, 49 |

On June 13, 2022 plaintiff M.K. filed a petition for appointment of a guardian ad litem. Dkt. No. 38. On June 15, 2022 the Court ordered plaintiff to submit additional information by June 22, 2022 so that it could act upon the petition. Dkt. No. 41. Plaintiff did not comply with this order. The Court again reminded plaintiff, on July 5, 2022, that additional information is required in order to act upon the petition, and it set a deadline of July 11, 2022 to file the supplemental information or explain the failure to comply. Plaintiff did not comply with this order.

Accordingly, plaintiff's counsel is ordered to show cause why the Court should not impose sanctions against her and/or her client for failure to comply with the Court's orders. The Court will hold a hearing on this Order to Show Cause on **July 19, 2022 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113.

**IT IS SO ORDERED.**

Dated: July 12, 2022

　　　　　　　　　　　　　　　　　　　　　　　　*Virginia K. DeMarchi*
　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge