NICOLE HODGE AMEY (SBN 215157)
**THE LAW OFFICES OF NICOLE HODGE AMEY**
8033 Mac Arthur Blvd. #5100
P.O. Box 5100
Oakland, California
Telephone: (510) 569-3666
Facsimile: (866) 602-2986

*Attorney for Plaintiff*

Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:    +1.415.344.7000
Facsimile:    +1.415.344.7050

Nicola C. Menaldo, admitted pro hac vice
NMenaldo@perkinscoie.com
Madeline Swan, Bar No. 318179
MSwan@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:    +1.206.359.8000
Facsimile:    +1.206.359.9000

*Attorneys for Defendant GOOGLE, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **M.K.,** a minor by and through his guardian ad litems Brian and Melanie Kirksey,<br><br>        Plaintiff<br>    v.<br><br>Google, LLC,<br><br>        Defendant. | Case No.: 5:21-cv-8465-VKD<br><br>**PARTIES' SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Virginia K. DeMarchi<br>Ctrm: 2, 5th Floor |

1  The parties hereby submit this Supplemental Joint Case Management Statement pursuant
2  to the Court's September 19, 2023 Order directing the parties to confer regarding the form of
3  alternative dispute resolution ("ADR") they wish to use, and to submit a Supplemental Joint Case
4  Management Statement. Dkt. 98.
5  The parties have conferred and agree to a settlement conference before a magistrate judge.
6  The parties respectfully request that the settlement conference be referred to Magistrate Judge
7  Kandis A. Westmore or Donna M. Ryu.

**SO STIPULATED.**

Dated:  September 22, 2023      **PERKINS COIE LLP**

By: */s/ Nicola C. Menaldo*
        Nicola C. Menaldo, *pro hac vice*

Attorneys for Defendant GOOGLE LLC

Dated: September 22, 2023      **LAW OFFICES OF NICOLE HODGE AMEY**

By: */s/ Nicole Hodge Amey*
        Nicole Hodge Amey

Attorneys for Plaintiff M.K.

**Civil Local Rule 5-1(h)(3) Attestation**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories

                                        */s/ Nicola C. Menaldo*
                                        Nicola C. Menaldo