# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## PRE-SETTLEMENT TELEPHONIC CONFERENCE MINUTES

| **Date:** 10/11/2023 | **Time:** 3:00pm - 3:35pm | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 21-cv-08465-VKD (KAW) | **Case Name:** K. v. Google LLC | |

**For Plaintiff:**
Nicole Amey

**For Defendant Google LLC:**
Nicola Menaldo, Elliott Joh and Mylan Traylor

**Deputy Clerk:** William F. Tabunut        **Not Reported.**

## PROCEEDINGS

Pre-settlement telephonic conference held. Attorneys Elliott Joh & Mylan Traylor to file notice of appearance. An in-person settlement conference is set for 2/26/2024 from 1:00pm – 5:00pm. Confidential settlement conference statements are due on 2/16/2024. The Court will convert the settlement conference to Zoom if public health concerns so require. The parties are directed to review and comply with the Court's settlement conference standing order available at
https://www.cand.uscourts.gov/judges/westmore-kandis-a-kaw/